FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 9 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　)<br>　　　Plaintiff, )<br>　)<br>vs. )<br>　)<br>**JOSE RAEL**, )<br>　)<br>　　　Defendant. ) | CRIMINAL NO. 19-245 WJ<br><br>Count 1: 18 U.S.C. § 115(a)(1)(B):<br>Influencing Federal Official by Threat;<br><br>Count 2: 18 U.S.C. § 875(c): Threatening Interstate Communications. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 5, 2019, in Santa Fe County and elsewhere, in the District of New Mexico, the defendant, **JOSE RAEL**, knowingly and willfully did threaten to assault and murder a United States official, whose killing would be a crime under 18 U.S.C. § 1114, with intent to impede, intimidate, and interfere with such official, and with intent to retaliate against such official on account of the performance of official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

## Count 2

On or about January 5, 2019, in Santa Fe County and elsewhere, in the District of New Mexico, the defendant, **JOSE RAEL**, knowingly and willfully did transmit, in interstate commerce, a communication containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

Tuesday, January 29, 2019

2